**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF JENS, et al.,<br><br>　　　　Defendants. | No.  2:20-CV-1956-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  On September 2, 201, the Court determined the action was appropriate for service, directed that a summons be issued, and instructed Plaintiff to submit documents necessary for service of the action to the United States Marshal and file notice of doing so within 15 days.  See ECF No. 4.  The Court's order, summons, and new case documents setting the matter for a scheduling conference were served on Plaintiff at his address of record at the time in Fowler, California.  See ECF Nos. 4, 5, 6.  On September 14, 2021, Plaintiff's address was updated.  In the event Plaintiff never received the Court's prior orders and related documents, the Court will direct the Clerk of the Court to re-serve them on Plaintiff.  Plaintiff will also be granted additional time to comply with the September 2, 2021, order.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to re-serve ECF Nos. 4, 5, and 6 on

Plaintiff at his current address of record; and

2. Plaintiff shall file notice of submission of service documents to the United

States Marshal within 15 days of the date of this order.

Dated:  October 5, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2