**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:20-CV-1956-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEFF JENS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No oppositions to the pending motions to dismiss have been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument. The request for telephonic appearance, ECF No. 17, is denied as unnecessary.

IT IS SO ORDERED.

Dated: December 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1