IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:20-CV-1956-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| JEFF JENS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendants' motions to dismiss and joinder thereto, ECF Nos. 9, 11, and 12. Both motions were noticed for hearing before the undersigned in Redding, California, on January 5, 2022. See id. As of December 28, 2021, Plaintiff had not filed oppositions to the pending motions and the Court issued an order vacating the January 5, 2022, hearing and submitted the matters on the record without oral argument pursuant to Eastern District of California Local Rule 230(c), which forecloses the opportunity for a hearing when a litigant fails to file timely opposition to a motion. See ECF No. 19. On January 11, 2022, Plaintiff filed a late opposition.[1] See ECF No. 20.

---

[1] While the late opposition was only filed in the instant action, it appears to relate to motions to dismiss also pending in Gibbs v. Northam, et al., 2:20-CV-1957-TLN-DMC, and Gibbs v. Bridgett, et al., 2:20-CV-1961-KJM-DMC. The Clerk of the Court is directed to file Plaintiff's late opposition in these cases as well.

1

1  The Court accepts Plaintiff's January 11, 2022, filing as a late opposition to the pending motions to dismiss.  Pursuant to Local Rule 230(g), which permits the Court to re-open a matter in which oral argument has been previously vacated, and in the interest of providing the parties a full and fair opportunity to be heard, the Court will re-set the pending motions to dismiss for oral argument before the undersigned in Redding, California, on February 3, 2022, at 1:30 p.m.  The hearing shall be in-person, though any party may arrange a telephonic appearance through CourtCall without prior authorization from the Court.  Defendants may file a reply to Plaintiff's late opposition on or before January 27, 2022.

IT IS SO ORDERED.

Dated:  January 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE