IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>           Plaintiff,<br><br>      v.<br><br>JEFF JENS, et al.,<br><br>           Defendants. | No.  2:20-CV-1956-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion, ECF No. 24, for a continuance.[1]  Plaintiff states that he is out of state until mid-March 2022 and, thus, unable to attend the hearing set in this matter for February 3, 2022.  Plaintiff seeks a continuance and additional time to file an opposition to Defendants' pending motions to dismiss.  Good cause appearing therefor, Plaintiff's motion is granted.  The hearing on Defendants' motions to dismiss is continued to April 21, 2022, at 1:30 p.m., before the undersigned in Redding, California.  The hearing shall be in-person, though any party may arrange a telephonic appearance through CourtCall without prior authorization from the Court.  Plaintiff may file a further opposition brief on or before April 7, 2022.  Defendants may file a

---

[1] While the motion was filed in the instant docket only, it also references motions pending in Gibbs v. Northam, et al., No. 2:20-CV-1957-TLN-DMC, and Gibbs v. Bridgett, et al., No. 2:20-CV-1961-KJM-DMC.  The Clerk of the Court is directed to file Plaintiff's motion in these other two dockets.

1  further reply brief on or before April 14, 2022.

2          IT IS SO ORDERED.

4  Dated:  February 1, 2022

                                         DENNIS M. COTA
                                         UNITED STATES MAGISTRATE JUDGE