**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>          Plaintiff,<br><br>   v.<br><br>JEFF JENS, et al.,<br><br>          Defendants. | No. 2:20-CV-1956-KJM-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action. A hearing was held before the undersigned on April 21, 2022, at 10:00 a.m., on motions to dismiss filed by Defendant Conflict Defender of Shasta County, ECF No. 9, and Defendant County of Shasta, ECF No. 11. Counsel for both defendants as well as Mr. Gibbs proceeding pro se arranged for telephonic appearances through CourtCall. Mr. Gibbs and counsel for Defendant County of Shasta appeared telephonically at the scheduled hearing. Counsel for Defendant Conflict Defender of Shasta County, however, failed to appear.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Jason Sommer, Esq., Counsel for Defendant Conflict Defender of Shasta County, shall show cause in writing on or before May 4, 2022, why sanctions should not be imposed for his failure to appear at the April 21, 2022, hearing; and

2. The matter is set for an order to show cause hearing before the undersigned in Redding, California, on May 11, 2022, at 10:00 a.m., at which Mr. Sommer shall personally appear unless otherwise ordered by the Court. No other parties need appear at the May 11, 2022, hearing.

Dated: April 26, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE