**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFF JENS, et al.,<br><br>    Defendants. | No.  2:20-CV-1956-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. A hearing was held before the undersigned on April 21, 2022, at 10:00 a.m., on motions to dismiss filed by Defendant Conflict Defender of Shasta County, ECF No. 9, and Defendant County of Shasta, ECF No. 11. Counsel for both defendants as well as Mr. Gibbs proceeding pro se arranged for telephonic appearances through CourtCall. Mr. Gibbs and counsel for Defendant County of Shasta appeared telephonically at the scheduled hearing. Counsel for Defendant Conflict Defender of Shasta County, however, failed to appear and the Court directed non-appearing counsel to show cause in writing why sanction should not be issued. See ECF No. 31. Counsel has filed a written response to the order to show cause. See ECF No. 32. Good cause appearing therefor based on

/ / /

/ / /

/ / /

counsel's declaration indicating excusable neglect in the calendaring of the hearing, the order to show cause is discharged and the order to show cause hearing set before the undersigned on May 11, 2022, at 10:00 a.m., is vacated.

        IT IS SO ORDERED.

Dated: May 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE